NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TQP DEVELOPMENT LLC,**
*Plaintiff-Appellant*

**v.**

**NEWEGG, INC.,**
*Defendant-Cross-Appellant*

---

2016-1262, 2016-1297

---

Appeals from the United States District Court for the Eastern District of Texas in No. 2:11-cv-00248-JRG, Judge J. Rodney Gilstrap.

---

**JUDGMENT**

---

MARC AARON FENSTER, Russ August & Kabat, Los Angeles, CA, argued for plaintiff-appellant. Also represented by ADAM S. HOFFMAN, PAUL ANTHONY KROEGER, BENJAMIN T. WANG.

DANIEL H. BREAN, The Webb Law Firm, Pittsburgh, PA, argued for defendant-cross-appellant. Also represented by KENT E. BALDAUF, JR.; MARK A. LEMLEY, Durie Tangri LLP, San Francisco, CA; EDWARD R. REINES, Weil, Gotshal & Manges LLP, Redwood Shores, CA.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

 

    PER CURIAM (NEWMAN, MOORE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

    No costs.

ENTERED BY ORDER OF THE COURT

  February 27, 2017             /s/ Peter R. Marksteiner
       Date                  Peter R. Marksteiner
                            Clerk of Court